2010–1664.  **State ex rel. Vrable II, Inc. v. Ohio Court of Appeals, Eighth Dist.**
In Mandamus and Prohibition.

2010–1669.  **State ex rel. GMS Mgt. Co., Inc. v. Vivo.**
Mahoning App. No. 10 MA 1, 2010-Ohio-4184.

2010–1681.  **State ex rel. Hodge v. Ryan.**
Franklin App. No. 09AP–412.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2010–0964.  **State ex rel. Gonzales v. Morgan.**
Franklin App. No. 09AP–752, 2010-Ohio-1959.

2010–1285.  **State ex rel. DeGroot v. Tilsley.**
Hamilton App. No. C–100338.

2010–1296.  **Huff v. O'Toole.**
In Mandamus.

2010–1511.  **Delaney v. Levin.**
Board of Tax Appeals, No. 2010–K–18.

2010–1525.  **State ex rel. Bell v. Madison Cty. Bd. of Commrs.**
Madison App. No. 2010–04–010.

2010–1534.  **State ex rel. DeGroot v. Bohannon.**
In Mandamus.